UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        NO. 3:13-00126
                                )        JUDGE CAMPBELL
PEDRO GOMEZ-DUARTE              )

## ORDER

Pending before the Court is Defendant's Motion To Substitute Counsel (Docket No. 14).

Through the Motion, the Defendant moves the Court to substitute Mariah A. Wooten as counsel

of record for the Defendant in place of Caryll S. Alpert. The Motion is GRANTED.

It is so ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE