UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )         NO. 3:13-00126
                                    )         JUDGE CAMPBELL
PEDRO GOMEZ-DUARTE                  )

<u>ORDER</u>

The Court held a status conference in this case on September 30, 2013. For the reasons

stated on the record, the pretrial conference/change of plea hearing is CONTINUED until

October 21, 2013, at 3:30 p.m. Any proposed plea agreement shall be submitted to the Court by

October 17, 2013. If the case is to be tried, the parties shall file the following with the Court, on

or before October 17, 2013: (1) case specific jury instructions, with citations to supporting

authorities, and verdict forms; and (2) motions in limine.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE