7/18/14

Horonable Sir Judge Cambell I am Writing you in the Behalf of Pedro Gomez Duarte, the Rezon of this letter is that I went to Court on June 23rd and the Court decide the I was going to get a New councl it's been almost a month and I Havn't heard Anything from Anybody
I apologise if I am taken a lot of you time But I wood live to Know my New councl and at same time to Know Hows it's my case and what steps we need to falow if is Posible for me, to get and Ancle Bracelt at least for a few months, my Dauther it's been in the hospital over a week and she is about to have a Surgery and wood live to be there if posible.
Thank you for Time and God Bless you

Pedro Gomez Duarte.

RECEIVED IN CLERK'S OFFICE
JUL 21 2014
U.S. DISTRICT COURT
MID. DIST. TENN.